IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-60862

THE NATIONALIST FOUNDATION,

Petitioner-Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Respondent-Appellee.

Appeal from the United States Tax Court
(14871-98X)

October 5, 2001

Before REAVLEY, HIGGINBOTHAM, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5ᵀᴴ Cɪʀ. R. 47.6.

---

[*] Pursuant to 5ᵗʰ Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵗʰ Cir. R. 47.5.4.